Leon Lorenzo **HARRIS,** Plaintiff— Appellant,

v.

**L. BARLOW, Superintendent PRJ; Edward I. Gordon, M.D.; Correctional Officer, in Control Room; Fred Hooks, Ins inmate; Inez Meeks,** Defendants—Appellees.

No. 05–6223.

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 15, 2005.

Leon Lorenzo Harris, Appellant pro se.

Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia, for Appellees.

Before NIEMEYER and DUNCAN, Circuit Judges, HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leon Lorenzo Harris appeals the district court's January 5, 2005, order instructing Harris he may no longer file any papers in the action because it was dismissed on August 31, 2005. Because Harris has failed to establish error with respect to the January 5, 2005, order, we affirm. To the extent Harris desires to have this court review the August 31, 2005, order dismissing his complaint, we are without jurisdiction because the notice of appeal was not timely as to that order. *See* Fed. R.App. P. 4.

Accordingly, we affirm. We deny Harris' motion seeking a transfer to another prison. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*